CYNTHIA L. MELLEMA (State Bar No. 122798)
DAVID R. SIMONTON (State Bar No. 199919)
SONNENSCHEIN NATH & ROSENTHAL LLP
685 Market Street, 6th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Facsimile: (415) 543-5472

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFF & THERESA RUDE,<br><br>Plaintiffs,<br><br>vs.<br><br>NELSON'S MARINE INC.; ALLSTATE INSURANCE; MARINE CLAIMS SERVICE, INC.; CLARENDON AMERICA INSURANCE COMPANY,<br><br>Defendants. | No. C-04-0553 JSW<br><br>**STIPULATED DISMISSAL WITH PREJUDICE; ORDER THEREON** |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties, by and through their counsel of record, hereby stipulate to dismiss the above-captioned action, with prejudice. Each party is to bear his/her/its own costs and attorneys' fees.

Dated: April 20 2005

WILLIAM E. VAUGHAN, ATTORNEY AT LAW

By: _____
WILLIAM E. VAUGHAN
Attorneys for Plaintiffs
JEFFREY & THERESA RUDE



-1-

Case No. C-04-0553 JSW                                Stipulated Dismissal with Prejudice

| | | |
|---|---|---|
| 1 | Dated: April 28, 2005 | SONNENSCHEIN NATH & ROSENTHAL LLP |
| 2 | | |
| 3 | | By: /s/ David Simonton |
| 4 | | DAVID R. SIMONTON<br>Attorneys for Defendant<br>ALLSTATE INSURANCE COMPANY |
| 5 | | |
| 6 | Dated: April 19, 2005 | LOW, BALL & LYNCH |
| 7 | | |
| 8 | | By: /s/ Steven Werth |
| 9 | | STEVEN D. WERTH<br>Attorneys for Defendants<br>NELSON'S MARINE, INC., MARINE CLAIMS<br>SERVICE, INC. and CLARENDON AMERICA<br>INSURANCE COMPANY |

PURSUANT TO STIPULATION, IT IS SO ORDERED that the above-captioned action is dismissed, with prejudice.

Date: May 3, 2005

/s/ Jeffrey S. White
Hon. Jeffrey S. White
United States District Court Judge